FILED10 APR '13 11:42USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

3.13-cr-00165-mo
Case No.

UNITED STATES OF AMERICA

v.

**INDICTMENT**
**26 U.S.C. § 7206(1)**

STEVEN M. CYR,

Defendant.

THE GRAND JURY CHARGES:

Count 1
(Fraud and False Statements)

On or about the 7th day of April 2007, in the District of Oregon, defendant

**STEVEN M. CYR,** then a resident of Portland, Oregon, did willfully make and subscribe

a United States Individual Income Tax Return, Form 1040, for the calendar year 2006,

which income tax return was verified by a written declaration that it was made under the

penalties of perjury and was filed with the Internal Revenue Service, which said income tax

return **CYR** did not believe to be true and correct as to every material matter, in that the

said return and the accompanying Schedule C reported expenses resulting from his practice

of law for the calendar year 2006 to be $524,678, whereas, as **CYR** then and there well

knew and believed, such expenses were substantially less than $524,678; all in violation of

Title 26, United States Code, Section 7206(1).

Count 2
(Fraud and False Statements)

On or about the 14th day of April 2008, in the District of Oregon, defendant

**STEVEN M. CYR**, then a resident of Portland, Oregon, did willfully make and subscribe

a United States Individual Income Tax Return, Form 1040, for the calendar year 2007,

which income tax return was verified by a written declaration that it was made under the

penalties of perjury and was filed with the Internal Revenue Service, which said income tax

return **CYR** did not believe to be true and correct as to every material matter, in that the

said return and the accompanying Schedule C reported expenses resulting from his practice

of law for the calendar year 2007 to be $408,767, whereas, as **CYR** then and there well

knew and believed, such expenses were substantially less than $408,767; all in violation of

Title 26, United States Code, Section 7206(1).

DATED this _09_ day of April, 2013.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

RYAN W. BOUNDS
Assistant United States Attorney

**INDICTMENT – Steven M. Cyr**                                    **Page 2**